**CT Corporation**

**Service of Process Transmittal**
11/06/2014
CT Log Number 526025787

**TO:** Michael Hutchison
Ecoserv Specialty Cleaning Systems, LLC
9525 US Highway 167
Abbeville, LA 70510

**RE:** **Process Served in Louisiana**

**FOR:** EcoServ, LLC (Former Name) (Domestic State: DE)
ecoserv, LLC (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Geffrey Garcia and Rica Garcia, Pltfs. vs. Cory Stelly, et al. including EcoServ, LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Attachment(s), request |
| **COURT/AGENCY:** | 17th Judicial District Court, Parish of Lafourche, LA<br>Case # C126164 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 08/23/2014 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/06/2014 at 09:05 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Rodney Kelp Littlefield<br>Littlefied Law, LLC<br>639 Loyola Ave.<br>Suite 1820<br>New Orleans, LA 70113<br>504-525-1328 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 771774666091 |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808<br>225-922-4490 |

Page 1 of 1 / RP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

D881862

# CITATION

GEFFREY GARCIA, ET AL        SEVENTEENTH JUDICIAL DISTRICT

VS        PARISH OF LAFOURCHE

CORY STELLY, ET AL        STATE OF LOUISIANA

DOCKET NUMBER: C-126164

TO: ECOSERV LLC
THRU THEIR AGENT: CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808
residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, October 21, 2014.

VERNON H. RODRIGUE
CLERK OF COURT

Deputy Clerk of Court
Clerk of Court's Office
Thibodaux, La

Clerk of Court

LITTLEFIELD LAW LLC
ATTORNEYS AT LAW
639 LOYOLA AVE., SUITE 1820
NEW ORLEANS, LA 70113

PERSONAL SERVICE        DOMICILIARY SERVICE

On _____ on the _____        On _____ by
Day of _____, 20___        Leaving the same with _____
Service: _____
Mileage: _____        On the ___ day of
       _____, 20___
       Service: _____
       Mileage: _____

Dty. Sheriff EAST BATON ROUGE Parish        Dty. Sheriff EAST BATON ROUGE Parish

17th JUDICIAL DISTRICT COURT – LAFOURCE PARISH

STATE OF LOUISIANA

NO. 126164     DIVISION " "

GEFFREY GARCIA AND RICA GARCIA

VERSUS

CORY STELLY, ECOSERV, LLC AND AIG PROPERTY CASUALTY COMPANY

FILED:_____    _____
                 DEPUTY CLERK

**DIVISION D**

PETITION FOR DAMAGES

The Petition of Geffrey Garcia and Rica Garcia, both of the full age of majority.

I.

Made defendants herein are:

a. Cory Stelly, a person of the full age of majority and domiciled in the Parish of Vermillion, State of Louisiana;

b. ECOSERV, LLC, under information and belief, a domestic company licensed to do and doing business in the Parish of Lafourche, State of Louisiana; and,

c. AIG Property Casualty Insurance Company, under information and belief, a foreign insurance company, who at all times pertinent hereto issued a policy of insurance covering Cory Stelly, ECOSERV, LLC and/or the vehicle driven by Cory Stelly at the time of the accident.

II.

On or about August 23, 2014, Geffrey Garcia was walking on the right shoulder of AJ Estay Road in Golden Meadow, Louisiana.

III.

At which time, Cory Stelly, driving a Ford F550 truck on AJ Estay Road, left the roadway, entered the right shoulder, and struck Geffrey Garcia.

IV.

Cory Stelly then fled the accident scene and was later apprehended.

V.

The accident, as well as the injuries which resulted, were a direct and proximate result of the negligence of Cory Stelly which such negligence of said defendant includes, but is not limited to, the following actions:

a) Improper lane usage;

b) Entering the right shoulder;

c) Failure to pay attention to the roadway and Mr. Garcia who was walking on the shoulder;

d) Reckless operation of a motor vehicle;

e) Careless operation of a motor vehicle;

f) Failure to do what should have been done and failing to see what should have been seen in order to have avoided the occurrence of the accident made the basis of these proceedings;

g) Failure to maintain proper control of the vehicle; and,

h) Any and all other acts of negligence and liability which shall be shown at the time of trial.

## VI.

Geffrey Garcia suffered the following itemized list of damages as a result of the accident:

a) Pain and suffering, both physical and mental/emotional: past, present and future;

b) Bodily disability: past, present and future;

c) Loss of use/function of parts of body: past, present and future;

d) Impairment of psychological functioning: past, present and future;

e) Loss of enjoyment of life: past, present and future;

f) Traumatic brain injury and brain damage;

g) Medical expenses: past, present and future;

h) Lost wages: past, present and future;

i) Disability from working to earn an income: past, present and future;

j) Destruction of earning capacity: past, present and future;

k) Disability from engaging in recreation: past, present; and,

l) All other damage which shall be proven at trial.

## VII.

Rica Garcia suffered a loss of consortium as a result of the injuries sustained by her husbsand, Geffrey Garcia.

## VIII.

At all times pertinent hereto, Cory Stelly was working for ECOSERV, and, therefore,

ECOSERV is vicariously liable for the damages sustained by Mr. Stelly under La. C.C. Art. 2320 and the doctrine of Respondeat Superior.

### IX.

At all times pertinent hereto, defendant, AIG Property Casualty Company, provided a policy of insurance covering Cory Stelly, ECOSERV, LLC and/or the vehicle driven by Cory Stelly at the time of the accident, and, as such, AIG Property Casualty Company is liable for the damages suffered by the plaintiffs.

### X.

The plaintiffs maintain that they are entitled to all such damages as are reasonable in the premises, in accordance with the provisions of the Louisiana Code of Civil Procedure, Article 893.

### XI.

Plaintiffs demands a trial by jury.

**WHEREFORE**, the plaintiffs prays that after due proceedings there be Judgment herein in favor of the plaintiff and against defendants jointly, severally and in solido for all such damages as are reasonable in accordance with the provisions of the Louisiana Code of Civil Procedure Article 893 with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings, and that the plaintiffs be granted all other legal, general and equitable relief as the nature of the case permits.

Respectfully submitted,

**LITTLEFIED LAW, LLC**

**RODNEY KELP LITTLEFIELD (#23192)**
639 Loyola Ave., Suite 1820
New Orleans, LA 70113
(504) 525-1328
Writer's Direct E-Mail: kelp@littllefieldlawllc.com

**PLEASE SERVE**:

CORY STELLY
22038 South Louisiana Highway 82
Abbeville, LA 70510

ECOSERV, LLC
Through their agent for service of process
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

AIG Property Casualty Company
Though the Secretary of State

**FILED**
OCT 20 2014
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La
Clerk of Court

AIG Property Casualty Company
Though the Secretary of State

17th JUDICIAL DISTRICT COURT - LAFOURCHE PARISH

STATE OF LOUISIANA

NO.                                                                                          DIVISION:

GEFFREY GARCIA AND RICA GARCIA

VERSUS

CORY STELLY, ECOSERV, LLC AND
AIG PROPERTY CASUALTY COMPANY

FILED: _____         _____
                                                                    DEPUTY CLERK

### REQUEST FOR NOTICE

Clerk of Court
17th Judicial District Court
Parish of Lafourche

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, plaintiffs, GEFFREY GARCIA and RICA GARCIA, hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions herein, at least ten (10) days before any trial date.

Plaintiff, GEFFREY GARCIA and RICA GARCIA, also requests notice of the signing of any final judgment or the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted;

LITTLEFIELD LAW LLC

_____
**RODNEY KELP LITTLEFIELD (#23192)**
639 Loyola Avenue, Suite 1820
New Orleans, LA 70113
(504)525-1328 T
(504)525-1353 F
Writer's Direct Email: kelp@littlefieldlawllc.com

**FILED**
OCT 20 2014
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La  Oct 21, 2014
Clerk of Court

17th JUDICIAL DISTRICT COURT – LAFOURCE PARISH

STATE OF LOUISIANA

NO. 126164                                                            DIVISION "D"

GEFFREY GARCIA AND RICA GARCIA

VERSUS

CORY STELLY, ECOSERV, LLC AND AIG PROPERTY CASUALTY COMPANY

FILED:_____        _____
                                        DEPUTY CLERK

## SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Geffrey Garcia and Rica Garcia, who supplement and amend the Original Petition for Damages as follows.

I.

By substituting the name "The Insurance Company of the State of Pennsylvania" in each and every place the name "AIG Property and Casualty Company" appears in the original Petition for Damages.

II.

By adding Paragraph No. XII to state as follows:

At all times pertinent hereto Cory Stelly was intoxicated while operating a motor vehicle.

III.

By adding Paragraph No. XIII to state as follows:

In addition to general and special damages, the defendants are liable for exemplary damages under LSA C.C. Art 2315.4 because the injuries upon which this action is based were causes by a wanton and reckless disregard for the rights and safety of the plaintiffs by Cory Stelly whose intoxication while operating a motor vehicle was a cause in fact of the resulting injuries.

WHEREFORE, the plaintiffs pray that after due proceedings there be Judgment herein in favor of the plaintiffs and against defendants jointly, severally and in solido for all such damages as are reasonable in accordance with the provisions of the Louisiana Code of Civil Procedure Article 893 with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings, and that the plaintiffs be granted all other legal, general and

equitable relief as the nature of the case permits.

>Respectfully submitted,
>
>LITTLEFIED LAW, LLC
>
>_____
>RODNEY KELP LITTLEFIELD (#23192)
>639 Loyola Ave., Suite 1820
>New Orleans, LA 70113
>(504) 525-1328
>Writer's Direct E-Mail: kelp@littllefieldlawllc.com

## ORDER

Considering the foregoing:

**IT IS ORDERED**, that the plaintiffs' Supplemental and Amended Petition for Damages be and is hereby allowed and that it that it be filed into the record of this matter.

Thibodaux, Louisiana, this ____ day of _____, 2015.

_____
**JUDGE**

**PLEASE SERVE WITH THE ORIGINAL PETITION:**

CORY STELLY
Through the Long Arm Statute
21040 Houston Ladner Road
Saucier, MS 39574-9743

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile or by placing same in the U.S. mail, postage prepaid on this the 29th day of June, 2015.

_____
RODNEY KELP LITTLEFIELD (#23192)

D976308

# CITATION

| | |
|---|---|
| GEFFREY GARCIA, ET AL | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| CORY STELLY, ET AL | STATE OF LOUISIANA |

DOCKET NUMBER: C-126164

TO: CORY STELLY

residing in the PARISH OF LAFOURCHE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the PETITION FOR DAMAGES a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said PETITION FOR DAMAGES in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, April 15, 2015.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

LITTLEFIELD LAW, LLC
ATTORNEYS AT LAW
639 LOYOLA AVE., STE 1820
NEW ORLEANS, LA 70113

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On 7/8/15 on the ___ Day of _____, 20 15 | On _____ by Leaving the same with _____ |
| Service: _____ | On the ___ day of _____, 20 ___ |
| Mileage: _____ | Service: _____ |
| | Mileage: _____ |
| Dty. Sheriff LAFOURCHE Parish | Dty. Sheriff LAFOURCHE Parish |

FILED
APR 15 2015
CLERK OF COURT

FILED
JUL -8 2015
CLERK OF COURT

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party.
Date _____
Deputy Clerk of Court